## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:03-CR-0250-10 |
| | : | |
| | : | |
| **v.** | : | (Judge Conner) |
| | : | |
| **CARLA L. HARTLEY,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 2nd day of July, 2008, following a hearing on the petition for revocation of supervised release as to the above-named defendant (Doc. 1196), held on this date, and upon consideration of the same, it is hereby ORDERED that the defendant's term of supervised release is hereby extended for ninety (90) days, retroactive from June 10, 2008, the original expiration date for her term of supervised release, for a total term of one year and ninety (90) days.  It is further ORDERED that, as a special condition of supervised release, the defendant shall successfully complete substance abuse treatment <u>and</u> submit to drug testing, as directed by the probation officer.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
